# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**FRANCES HINES,**
    Plaintiff / Pro Se

                                              CIVIL ACTION
V.                                           No.:

**Boston Public Schools,**
    Defendant(s)

## COMPAINT

### Parties

The Plaintiff acting Pro Se is a resident of Roxbury, Massachusetts, Suffolk County and is a citizen of the United States.

The Defendant(s) Boston Public Schools (BPS) is a City of Boston organization in Boston, Massachusetts and citizen of United States.

### Jurisdiction

This Honorable Court has Jurisdiction over this matter pursuant to 28U.S.C. §1332.

Plaintiff resides 23 Westminster Ave, Roxbury, MA 02119 of Boston, Massachusetts.

Defendant(s) operate throughout Boston, Massachusetts Human Resources Department at 26 Court St. Boston, Ma 02108 of Boston, Massachusetts.

### Facts

On September 6th, 2006, Plaintiff filed a complaint with MCAD docket 12BEM00406 and EEOC Charge Number 16c-2012-00956 against the Defendant(s). Plaintiff received an LOPC finding on July 12th, 2008.

Plaintiff was given accommodation based on walking disability by being assigned to a regular class room. In September 2011, Plaintiff was reassigned to a special education class. As a result Plaintiff had to walk up and down stairs in order to monitor the class room.

Plaintiff was discriminated against by Plaintiff on the bases of disability. This is in violation of M.G.L. c. 151B. Section 4, Paragraph 16: M.G.L. c. 151B. Section 4. Paragraph 4, and ADA.

On March 24th, 2015 Plaintiff received notice that EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

Plaintiff has not been contacted nor has any of Plaintiff documents was reviewed by any investigator(s) of any agency causing Plaintiff to file with this Honorable Court.

WHEREFORE, the Plaintiff demands judgement against the Defendant(s) for damages and such other relief as this Honorable Court deems just. Plaintiff humbly request trail by jury.

Respectfully Submitted                    Date: May 27th, 2015

*Frances Hines*

Frances Hines
Plaintiff / Pro Se

May 28, 2015

Plaintiff/ PRO SE

Frances Hines

23 Westminster Avenue

Roxbury, MA 02119

Primary phone: (617)427-9988

FILED
IN CLERKS OFFICE

2015 MAY 29  PM 1 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

Defendant

Boston Public Schools

Human (Resources) Capital

2300 Washington Street

Roxbury, MA 02119

Phone: 617 635 9000

Please be advised that the new address for Boston Public Schools is 2300 Washington Street, Roxbury, MA 02119

Sincerely,

*Frances Hines*

Frances Hines PRO/ SE

Frances Hines v. Boston Public Schools EEOC charge number 16c-2012-00956

Case 1:15-cv-11897-DJC   Document 1   Filed 05/29/15   Page 4 of 5

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000  Fax: (617) 994-6024

| | |
|---|---|
| MCAD DOCKET NUMBER: 12BEM00406 | EEOC/HUD CHARGE NUMBER: 16C-2012-00956 |
| FILING DATE: 02/23/12 | VIOLATION DATE: 02/13/12 |

Name of Aggrieved Person or Organization:
Frances Hines
23 Westminster Avenue
Roxbury, MA 02119
Primary Phone: (617)427-9988 ext. ____

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
Boston Public Schools
Human Resources Department
26 Court Street
Boston, MA 02108
Primary Phone: (617)635-9000 ext. ____

No. of Employees:   25+          Work Location: Roxbury, MA

Cause of Discrimination based on:
Disability (motor/limb/walking)

The particulars are:
I, Frances Hines, the Complainant believe that I was discriminated against by Boston Public Schools, on the basis of Disability. This is in violation of M.G.L. c. 151B, Section 4, Paragraph 16; M.G.L. c. 151B, Section 4, Paragraph 4, and ADA.

I, Frances Hines, believe I was discriminated against based on my disability and retaliated against for the following reasons:
1. I began my employment on February 27, 1995 as a paraprofessional for Boston Public Schools and remain in this position.
2. On September 6, 2006, I filed a complaint with MCAD against Respondent for discrimination based on my race. I received an LOPC finding on July 12, 2008.
3. On October 15, 2008, I filed a complaint with MCAD against Respondent on the basis of retaliation. At some point during the Summer of 2010, I received another LOPC finding.
4. In February 2011, Norman Townsend became principal at David A. Ellis Elementary school where I am employed.
5. From April 2011 to June 2011, I was given an accommodation based on my walking disability by being assigned to a regular education class of 23 students.
6. In September 2011, I was reassigned to a special education class. During this time the administration did not adhere to the accommodation put in place previously. As a result I had to walk up and down stairs in order to monitor the student.
7. On November 9, 2011, I was assigned two special education classes by Lab Cluster Coordinator, Betty Skeete. I was assigned to supervise these classes at lunch and recess despite the norm being that teachers are only assigned one special education class due to the difficulty of the students' behavior.
8. In December 2011, one of the other teachers, Dominique Monroe, told me that if I complained about the situation, "teachers can do things to make you leave."
9. On January 6, 2012, I met with Mr. Townsend and a previous principal, Leslie Gant, and requested not to be assigned to Ms. Monroe's class. I informed them that I was uncomfortable working with her as a result of her severe verbal abuse towards me in the past.
10. On January 9, 2012, I was verbally assigned to Ms. Monroe's class and was officially assigned to the class on January 16, 2012. Shortly after I was assigned, Ms. Monroe continued to verbally abuse me and falsely accuse me. She said that I "did not have good management skills.

MCAD Docket Number 12BEM00406, Complaint

11. On February 2, 2012, I was assaulted by a student from Ms. Monroe's class during recess in the school cafeteria. I had to seek medical attention as a result. I had to take medical leave from this day until February 13, 2012.

12. On February 13, 2012, I met with Mr. Townsend, my building representative, Mr. Rehka, and Ms. Monroe to discuss the verbal abuse and my request to transfer to another class. On February 14, 2012, Mr. Townsend told me that he would think about it.

13. On February 15, 2012, I told Mr. Townsend that he was required to show me a copy of two negative documents regarding accusations about my work performance that had come to my attention previously. Mr. Townsend refused and replied that "he knows the governor." I felt very intimidated and threatened by this comment.

14. For these above reasons, I believe that I have been discriminated against based on my disability and retaliated against for my previous filing with MCAD and with the Department of Education.

---

I hereby verify, under the pains and penalties of perjury, that I have read this complaint and the allegations contained herein are true to the best of my knowledge.

_____
(Signature of Complainant)